No. 610. STRONG, TRADING AS STRONG MANUFACTURING CO., *v.* SMITH, COLLECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Filindo B. Masino* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Robert N. Anderson* for respondent.

No. 615. MANSAVAGE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 618. CONTINENTAL OIL CO. *v.* JONES, COLLECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *David A. Richardson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for respondent.

No. 619. WILMINGTON TRUST CO. *v.* MUTUAL LIFE INSURANCE CO. C. A. 3d Cir. Certiorari denied. *E. Ennalls Berl, Wm. S. Potter* and *Theodore S. Hope, Jr.* for petitioner. *Charles I. Thompson* and *James R. Morford* for respondent.

No. 633. KEOKUK STEEL CASTING CO. *v.* LAWRENCE. C. A. 10th Cir. Certiorari denied. *G. C. Spillers* for petitioner.

No. 650. NEW YORK LIFE INSURANCE CO. *v.* SCHIEL ET AL. C. A. 9th Cir. Certiorari denied. *Denison Kitchel* for petitioner. *J. Andrew West* for respondents.